# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-5198

_____

GEORGE P. CARTER,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Writ of Mandamus—Original Jurisdiction.

January 28, 2019

PER CURIAM.

The petition for writ of mandamus is denied on the merits.

MAKAR, WINOKUR, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

George P. Carter, pro se, Petitioner.

Ashley B. Moody, Attorney General, Tallahassee, for Respondent.